ALICE BENNETT, an Infant, by EMILY BENNETT, Her
    Guardian ad Litem, Respondent, *v.* LOUIS J. CHAYES,
    Appellant.

*Bennett v. Chayes*, 171 App. Div. 907, affirmed.

(Submitted March 14, 1918; decided April 2, 1918.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered November 22, 1915, affirming a judgment in
favor of plaintiff, entered upon a verdict in an action to
recover for an alleged assault.   The complaint alleged that
plaintiff was employed by the defendant and that while
alone with him in his office defendant forcibly kissed and
embraced her.

*George A. Honnecker* for appellant.

*Joseph W. Clausen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO,
POUND, MCLAUGHLIN and ANDREWS, JJ.